IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIAN G., | : |
|       Plaintiff, | : Case No. 2:21-cv-1831 |
| v. | : Chief Judge Algenon L. Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Elizabeth P. Deavers |
|       Defendant. | : |

## ORDER ON REPORT AND RECOMMENDATION

On April 14, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 18) that the Court reverse the Commissioner's non-disability finding and remand this case under Sentence Four of 42 U.S.C. § 405(g). The parties were advised specifically of their right to object to the Report and Recommendation within fourteen days and of the rights they would waive by failing to do so. (ECF No. 18 at 14). No objection has been filed, and the deadline lapsed on April 28, 2022. Since neither party has objected, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **REVERSES** the Commissioner's determination, and **REMANDS** this action to the Commissioner and the Administrative Law Judge for further proceedings. This case is closed.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED: May 5, 2022**