# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRIAN G., | : |
|     Plaintiff, | : Case No. 2:21-cv-1831 |
| v. | : Chief Judge Algenon L. Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Elizabeth P. Deavers |
|     Defendant. | : |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised, it is therefore **ORDERED** that:

1. The parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (ECF No. 21) is **ACCEPTED**. The Commissioner shall pay Plaintiff's attorney fees in the amount of $5,500.00, and no costs.

2. Counsel for the parties shall verify whether or not Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the fee award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

3. This case remains terminated on the Court's docket.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 7, 2022